ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| Wattan Zazai Group | ) ASBCA Nos. 61906, 61919, 62205 |
| | )            62238, 62360, 62361 |
| | )            62362, 63199, 63244 |
| | )            63245 |
| | ) |
| Under Contract No. W91B4N-11-D-7019 | ) |

APPEARANCES FOR THE APPELLANT:    Michael D. Maloney, Esq.
                                    Williams Mullen
                                    Tysons Corner, VA

                                    Todd W. Miller, Esq.
                                    Miller & Miller
                                    Denver, CO

                                    Enayat Qasimi, Esq.
                                    Whiteford, Taylor & Preston L.L.P.
                                    Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Scott N. Flesch, Esq.
                                    Army Chief Trial Attorney
                                    James D. Stephens, Esq.
                                    MAJ Jill B. Wiley, JA
                                    1LT Bryan R. Williamson, JA
                                    1LT Dorothy D. Smith, JA
                                    Christopher T. DelGiorno, Esq.
                                    Trial Attorneys

ORDER OF DISMISSAL

The appeal has been withdrawn for ASBCA No. 62361 Count II only and ASBCA No. 63199 in full. Accordingly, they are dismissed from the Board's docket with prejudice.

Dated: September 20, 2022

HEIDI L. OSTERHOUT
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 62361 Count II and 63199, Appeals of Wattan Zazai Group, rendered in conformance with the Board's Charter.

Dated: September 21, 2022

_for Tammye D. Allott_

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals